

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00501-CV

Texas Department of Public Safety
v.
Herminio Pasillas

On appeal from the
County Court at Law No. 3 of Cameron County, Texas
Trial Cause No. 2017 CCL 00118

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERED. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

April 25, 2019